Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr. #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNEMARIE BIOLSI, | ) Case No. |
| Plaintiff, | ) COMPLAINT |
| vs. | ) JURY DEMANDED |
| JEFFERSON CAPITAL SYSTEMS, LLC, | ) |
| Defendant. | ) |

## Nature of the Action

1. This is an action under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*

## Jurisdiction and Venue

2. This court has jurisdiction pursuant to 15 U.S.C. §1692k(d) and 28 U.S.C. §1331.

3. Venue is proper in this Court under 28 U.S.C. § 1391(b) as the acts

Plaintiff's Complaint
-1-

and transactions giving rise to Plaintiff Annemarie Biolsi's ("Plaintiff") action occurred in this District, Plaintiff resides in this District, and Defendant Jefferson Capital Systems, LLC ("Jefferson Capital") transacts business in this District.

## Parties

4. Plaintiff is a natural person who at all relevant times resided in the State of California, City of Redding.

5. Plaintiff is a "consumer" as defined by 15 U.S.C. § 1692a(3).

6. Plaintiff is obligated, or allegedly obligated, to pay a debt owed or due, or asserted to be owed or due, a creditor other than Jefferson Capital.

7. Plaintiff's obligation, or alleged obligation, owed or due, or asserted to be owed or due, a creditor other than Jefferson Capital, arises from a transaction in which the money, property, insurance, or services that are the subject of the transaction were incurred primarily for personal, family, or household purposes.

8. Defendant Jefferson Capital is a limited liability company with principal offices situated at 16 McLeland Drive, St. Cloud, Minnesota 56303.

9. Jefferson Capital is an entity which at all relevant times was engaged, by use of the mails and telephone, in the business of attempting to collect a "debt" from Plaintiff, as defined by 15 U.S.C. §1692a(5).

10. Jefferson Capital is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6).

## Factual Allegations

11. On or about April 30, 2013, Jefferson Capital mailed or caused to be mailed to Plaintiff a letter ("Emblem® MasterCard® Offer"), a true and correct copy of which is attached hereto as **Exhibit A**.

12. The Emblem® MasterCard® Offer opens with the prominent headline, and in bold language: "Everyone deserves the opportunity to have a fresh start. For yours, read on. . ." *See* Ex. A.

13. The Emblem® MasterCard® Offer then states: "This really is the kind of debt solution you have been waiting for. Your participation is voluntary but we hope you choose to participate and complete the Program in order to qualify for a Debt Reduction Credit (reward) and a MasterCard® credit card (bonus)." *See* Ex. A.

14. The alleged debt referenced in the Emblem® MasterCard® Offer was from Premier Bankcard, LLC, in the amount of $362.77, with a charge-off date of February 29, 2008. Thus, at the time of the letter, Plaintiff's alleged debt was time-barred in California and could not be collected in a court of law. *See* Ex. A.

## CAUSES OF ACTION

### COUNT ONE: 15 U.S.C. § 1692e(10)

15. Plaintiff realleges and incorporates by reference the allegations contained in paragraphs 1-14 as if fully set forth herein.

15 U.S.C. § 1692e(10) provides:

A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section:

\* \* \*

(10) The use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer.

16. The Emblem® MasterCard® Offer represents to the least-sophisticated consumer:

> **Time-Barred Debt**: Depending on your account history and applicable law, your debt may currently be outside the applicable statute of limitations period for the purpose of taking legal action to collect this debt. Our records indicate that the account listed above has a Charge Off Date of 04/24/2005. If your debt is time-barred at the time of this letter, your choice to participate in the Program will not be deemed to restart, revive, toll or otherwise extend the originally applicable statute of limitations period. **Regardless, we and our bank partner have agreed (for ourselves and for our respective successors and assigns) that they will never sue to collect a Fresh Start Solution ™ Program balance.**

Ex. A (emphasis in original).

17. However, the Debt was time-barred at the time Jefferson Capital sent its letter to Plaintiff. Moreover, repaying the debt could cause the statute of limitations to restart, and subject Plaintiff to legal exposure, Jefferson Capital's representations notwithstanding.

18. In addition, and upon information and belief, Jefferson Capital had actual knowledge that Plaintiff's Debt was time-barred at the time it sent its letter to Plaintiff.

19. These false, deceptive, and misleading representations were used in connection with an attempt to collect a debt in violation of 15 U.S.C. § 1692e(10).

## COUNT TWO: 15 U.S.C. § 1692f

20. Plaintiff realleges and incorporates by reference the allegations contained in paragraphs 1-14 as if fully set forth herein.

21. 15 U.S.C. § 1692f provides:

> A debt collector may not use unfair or unconscionable means to collect or attempt to collect any debt.

22. By attempting to collect a debt it knew to be time-barred, and by making associated representations that were false and misleading, Jefferson Capital used unfair or unconscionable means to attempt to collect a debt from Plaintiff in violation of 15 U.S.C. §1692f.

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

    a. Adjudging that Jefferson Capital violated 15 U.S.C. § 1692e(10) and 15 U.S.C. § 1692f;

    b. Awarding Plaintiff statutory damages, pursuant to 15 U.S.C. §1692k, in the amount of $1,000.00;

    c. Awarding Plaintiff her reasonable attorneys' fees and costs incurred in this action, including attorney's fees and expert fees;

d. Awarding Plaintiff any pre-judgment and post-judgment interest as may be allowed under the law; and

e. Awarding such other and further relief as the Court may deem just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury on all counts.

Dated: April 11, 2014

Respectfully submitted,
/s/ Todd M. Friedman
Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@toddflaw.com
Attorney for Plaintiff

# EXHIBIT A

Jefferson Capital Systems, LLC
16 McLeland Road
St. Cloud, MN 56303

Fresh Start Solution™ Program
www.freshstartsolutionprogram.com
1-866-290-2838
M–TH 8 AM to 8 PM CST | FRI 7 AM to 3 PM CST

Everyone deserves the opportunity to have a fresh start. For yours, read on...

This letter is regarding the debt outlined below:

Description: Premier Bankcard MasterCard
Original & Current Creditor: Premier Bankcard, LLC
Account Number: 5178007629334822
Chargeoff Date: 02/29/2008
Amount Due: $362.77

165139331512
Annemarie Biolsi
Apt. 20
275 Hilltop Dr.
Redding, CA  96003-3240

April 30, 2013

Dear Annemarie Biolsi:

The Fresh Start Solution™ Program ("Program") could help you clear your outstanding balance. Your above referenced debt has been referred by your current creditor, Premier Bankcard, LLC, to us, Jefferson Capital Systems, LLC, ("Jefferson Capital") for collection. If you choose the Program as an option for repayment of your debt outlined above, you can make low monthly payments, qualify for a Debt Reduction Credit, and qualify for a new no annual fee, unsecured credit card as an added bonus.

This really is the kind of debt solution you have been waiting for. Your participation is voluntary but we hope you choose to participate and complete the Program in order to qualify for a Debt Reduction Credit (reward) and a MasterCard® credit card (bonus).
Sounds too good to be true? Here's how it works in 3 simple steps!

| # | Step | | |
|---|---|---|---|
| 1 | Choose to participate in the Program. | Take: Program Balance: | $362.77 |
| 2 | Pay us at least $220.00 within 10 months. Complete your payments to qualify in one lump sum or make minimum monthly payments of $22.00 over 10 months. | Less: Total Payment to Qualify: | - $220.00 |
| 3 | Once you have paid the Total Payment to Qualify Amount, you will receive a Debt Reduction Credit of $142.77 and you will qualify for a credit card. Your remaining Balance of $0.00* will then be transferred to a new credit card account. | Less: Debt Reduction Credit: | - $142.77 |
| | | Leaves: Remaining Balance (transferrable to credit card): | = $0.00* |

Credit Card Terms for Emblem® MasterCard®**
0% APR on any transferred Remaining Balance     No Balance Transfer Fee and No Annual Fee!
Initial Available Credit: $150.00*     Initial Credit Limit: $150.00*

Receive an Emblem® MasterCard® Credit Card as a bonus for completing the Program. Complete the simple steps outlined above and you could soon be carrying a brand new credit card. Transfer the Remaining Balance of your outstanding debt to your new card account and enjoy a 0% APR for the life of that balance.* That's no interest or finance charges on your current debt and a credit card with an available line of new credit when you need it.

Sign up!
It's easy to participate. There's no credit check required. Simply complete and return the participation form below, or visit www.freshstartsolutionprogram.com or call us at 1-866-290-2838 to sign up. For more information, you can call us. Before you know it, you will have the fresh start you deserve.

Yours sincerely,

Jefferson Capital Systems, LLC

Please respond to this debt solution Program on or before 6/5/13

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Please Read:
- NOTICE OF IMPORTANT INFORMATION about your Rights Under Federal, State, Local Law and Time-Barred Debt on the reverse side of this letter.
- SUMMARY OF CREDIT TERMS for rate, fee and other cost information related to the Emblem® MasterCard® and ADDITIONAL PROGRAM DETAILS for minimum payment requirements and other conditions, enclosed with this letter.

If you choose to participate, we will send you a "Bank Credit Card Agreement" which includes detailed APRs, fees and other information related to the Emblem® MasterCard® credit card.

* If you pay more than the Total Payment to Qualify amount, your Opening Balance will be lower and your Available Credit will be higher. Your Available Credit may increase as you further reduce your transferred Program Balance.
** Emblem® MasterCard® credit cards are issued by our bank partner pursuant to a license granted by MasterCard® International. Our bank partner is not involved with the collection of debt as part of this program. We have not shared any nonpublic personal Information about you or your debt with our bank partner. We will provide information that we have about you to our bank partner only after you have qualified for the credit card.
Time-Barred Debt: Depending on your account history and applicable law, your debt may currently be outside the applicable statute of limitations period for the purpose of taking legal action to collect this debt. Our records indicate that the account listed above has a Charge Off Date of 02/29/2008. If your debt is time-barred at the time of this letter, your choice to participate in the Program will not be deemed to restart, revive, toll or otherwise extend the originally applicable statute of limitations period. Regardless, we and our bank partner have each agreed (for ourselves and for our respective successors and assigns) that we will never sue to collect a Fresh Start Solution™ Program Balance. See reverse side for more details on time-barred debt.

1) Return the completed participation form below in the pre-paid envelope provided
2) Visit www.freshstartsolutionprogram.com
3) Call 1-866-290-2838



Letter Expires 6/5/13
Invitation Reference No. 165139331512

Take your fresh start now!
Fill in this participation form and mail in the enclosed envelope.

I want to participate! I will make payments as follows (please check one box):
☐ The Payment to Qualify of $220.00     ☐ 10 monthly installments of $22.00

Current Address: If different from the address printed to the right, please update on reverse side.
Your physical address is required to issue a credit card. No post office boxes.

| Home Phone | Work Phone | Mobile Phone |
|---|---|---|
| | | |

Annemarie Biolsi
Apt. 20
275 Hilltop Dr.